IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHERYL LEE MENINA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK J. BISIGNANO, Commissioner of the Social Security Administration,<br><br>Defendant. | CIVIL NO. 24-00257 JAO-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR 406(b) FEES (ECF NO. 26) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR 406(b) FEES (ECF NO. 26)**

Findings and Recommendation having been filed on July 31, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Grant Plaintiff's First Motion for an Award Attorney Fees, ECF No. 26, are adopted as the opinion and order of the Court. Thus, Plaintiff's counsel is awarded $4,346.73 in attorneys' fees in accordance with 42 U.S.C. § 406(b).

///

///

///

IT IS SO ORDERED.

DATED: Honolulu, Hawai‘i, August 19, 2026.

Jill A. Otake
United States District Judge

Civil No. 24-00257 JAO-KJM; *Menina v. Bisignano*, Order Adopting Magistrate Judge’s Findings and Recommendations to Grant Petition for 406(b) Fees